AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

District of MINNESOTA

DAVID A. BURNS,
Plaintiff
V.
NORTHWEST AIRLINES, INC. and
MEDICA HEALTH PLANS,
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 00-2474 JRT/FLN

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| See Attachments | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to Franklin L. Noel United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

FILED DEC 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

12-13-2000
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

PURSUANT TO ORDER OF REFERENCE FILED ON December 13, 2000
in
David A. Burns vs. Northwest Airlines, Inc., et al

This case is now assigned to Magistrate Judge Franklin L. Noel.

CASE NUMBER 00-2474 FLN

Use this case number for all further filings.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David A. Burns,

Plaintiff,

vs.

Northwest Airlines, Inc. and
Medica Health Plans,

Defendants.

Civil No.: 00-2474 JRT/FLN

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

---

In accordance with the provisions of Title 28, U.S.C. 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily [DOES] ~~[DOES NOT]~~ (cross out which ever does not apply) consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Date: 11/21/00

Richard R. Caldecott
Signature
COUNSEL FOR PLAINTIFF

NOTE: Return this form to Lou Jean Gleason in the office of the Clerk of Court whether or not you consent to jurisdiction by a magistrate judge. Do not send a copy of this form to any district judge or magistrate judge.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

David A. Burns,

Plaintiff,

vs.

Northwest Airlines, Inc. and
Medica Health Plans,

Defendant.

Civil Action No. 00-2474 JRT/FLN

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c) the undersigned party or parties to the above-captioned civil matter hereby voluntarily does consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: November 14, 2000

DORSEY & WHITNEY LLP

By [signature]

Stephen P. Lucke (# 154210)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: 612-343-7947
Attorneys for Northwest Airlines, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Civil Action No. 00-2474/JRT/FLN

David A. Burns,

Plaintiff,

vs.

Northwest Airlines, Inc. and
Medica Health Plans,

Defendant.

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c) the undersigned party to the above-captioned civil matter hereby voluntarily DOES consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 11/22/00

By [signature]
Kevin P. Hickey (License #202484)
Attorneys for Defendant Medica
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

NOTE: Return this form to Lou Jean Gleason in the office of the Clerk of Court whether or not you consent to jurisdiction by a magistrate judge. Do not send a copy of this form to any district judge or magistrate judge.

267600.WPD