**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

David A. Burns,

Plaintiff,

vs.

Northwest Airlines, Inc. and
Medica Health Plans,

Defendants.

Civil No. 00-2474 ~~JRT~~/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above captioned action, through their respective counsel, hereby stipulate that the above captioned action may be dismissed with prejudice, with each party bearing its own costs, attorneys' fees and disbursements.

Dated: 5/8, 2001

CALDECOTT, WHEELER
& SEARLES, P.L.C.

By Richard R Caldecott

Richard R. Caldecott (#126767)
10 South Fifth Street, Suite 900
Minneapolis, MN 55402
(612) 332-4455

Attorneys for Plaintiff



FILED 5-29-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 15, 2001

DORSEY & WHITNEY LLP

By Heather J. Klaas
Stephen P. Lucke (#154210)
Heather J. Klaas (#283319)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-7880

Attorneys for defendant Northwest Airlines, Inc.

Dated: 5/4/01, 2001

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A..

By
Kevin P. Hickey (#202484)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

Attorneys for defendant Medica Health Plans

IT IS HEREBY ORDERED THAT:

The above captioned action is dismissed with prejudice.

Dated: May 29, 2001

The Honorable ~~John R. Tunheim~~ FLN
United States ~~District Court~~ Judge
MAGISTRATE